



May 19, 2026

**VIA ECF**
The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

**Re: Calderon Rivera et al v. Cordell Hull Foundation for International Education et al**
Docket No. 1:25-cv-10789

Dear Judge Failla:

I just submitted a joint letter motion proposing revised dates for Case Management Plan submission, initial conference, and responses to the Complaint.  The proposal contained one erroneous proposed date, which was June 8, 2026, for the Case Management Plan.  The parties have agreed that June 24, 2026, one week before the initial conference, would be preferable.  Below is a revised request.

Sincerely,

MICHAEL POREDA

200 Broadhollow Road · Suite 207 · Melville · New York 11747 | Tel: 631.260.1110 | Fax: 631.336.2030 | www.lydecker.com



May 19, 2026

**VIA ECF**
The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

**Re: Calderon Rivera et al v. Cordell Hull Foundation for International Education et al**
Docket No. 1:25-cv-10789

Dear Judge Failla:

      This office represents Defendants Emmanuel Polanco, Daniel Calcano, and Rosemary Savery. I write on behalf of all counsel today to respectfully request an adjournment of the initial conference date and deadlines. Currently, a proposed Civil Case Management Plan and Joint Letter are due on May 21, 2026. The initial conference is scheduled for May 28, 2026, and responses to the Complaint are due June 5, 2026. The parties have all met and agree that a brief adjournment of all those dates would be beneficial to all. The new dates we jointly propose are:

1. Proposed Civil Case Management Plan and Joint Letter: June24, 2026
2. Initial Pre-Trial Conference (held telephonically): July 1, 2026
3. Responsive Pleading Deadline: July 8, 2026

Sincerely,

MICHAEL POREDA

The parties' application to adjourn the initial pretrial conference ("IPTC") and certain other deadlines is GRANTED.  But the Court's schedule cannot accommodate the parties' proposed dates.  Instead, the dates and deadlines are adjourned as follows.

The IPTC previously scheduled for May 28, 2026, is hereby ADJOURNED to **July 9, 2026,** at **2:30 p.m.**  As before, the conference will be telephonic; the dial-in information remains the same.  Consistent with the Notice of Initial Pretrial Conference, the case management plan and joint letter shall be due the **Thursday of the week prior** to the IPTC.  (*See* Dkt. #2).  But the parties are welcome to submit those documents earlier, and to request an adjournment *sine die* of this conference if they do not have any specific issues they wish to raise before the Court.

Defendants' deadline to respond to the complaint is hereby ADJOURNED to on or before **July 17, 2026.**

The Clerk of Court is directed to terminate the pending motions at docket entries 44-45.

Dated:     May 20, 2026        SO ORDERED.
           New York, New York


                                HON. KATHERINE POLK FAILLA
                                UNITED STATES DISTRICT JUDGE